Notice: This Document Contains Sensitive Data

Cause No. ~~DCV~~ 2025 - 0935

FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK

2025 JUL 28 PM 3: 33

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Keith Shannon, | § | In the |
| Plaintiff, | § | |
| | § | **346**th |
| v. | § | |
| | § | |
| Texas Workforce Commission, | § | |
| | § | DISTRICT COURT of |
| Defendant, | § | |
| | § | EL PASO COUNTY, TEXAS |

## Plaintiff's Notice of Appeal

The Plaintiff, Keith Shannon seeks an appeal, so makes the following statements to fill the requirements for giving notice for such appeal under the Texas Rules of Appellate Procedure, Rule 25.1.

1. The Plaintiff, Appellant, Keith Shannon, with this notice seeks an appeal of the decision of the 346th District Court of El Paso County, Texas regarding cause number DCV-2025-0935 for the case Keith Shannon vs. Texas Workforce Commission.

2. This appeal is from the court's order signed June 27th 2025 granting the Defendant's plea to the jurisdiction and dismissing the Plaintiff's claims. The Plaintiff acquired actual knowledge of the order about July 10th 2025.

3. The Plaintiff, Appellant, Keith Shannon desires an appeal.

4. This appeal is to be taken by the Fifteenth Court of Appeals.

5. This notice is filed by the Plaintiff, Appellant, Keith Shannon.

6. This is not an accelerated appeal. This is not a parental termination nor child protection case nor is it an appeal from an order authorizing a child to stand trial as an adult.

7. This is not a restricted appeal. The Plaintiff did not timely request Findings of Fact and Conclusions of Law, from the trial court, due to his inability to acquire information on how to properly do so, by the deadline.

8. The Appellant is presumed indigent and may proceed without paying costs under Texas Rules of Appellate Procedure Rule 20.1.

9. This appeal involves a matter brought by the Plaintiff, Keith Shannon, against the Texas Workforce Commission, an agency of the State of Texas.

## Verification of Notice

*Texas Rules of Appellate Procedure Rule 25.1(d)(7)(c):*

I, Keith Shannon declare under penalty to perjury that the statements made in this *Plaintiff's Notice of Appeal* are true and correct to the best of my knowledge as such they are based on my personal knowledge and information obtained from sources I believe to be reliable.

_Keith Shannon_     7/28/25

KEITH SHANNON                         Date
2825 Grant Ave. Apt #3
El Paso TX. 79930
kshanvon@aol.com
(915) 202-6382

## Certificate of Service

I, Keith Shannon, Plaintiff Pro se, hereby certify that I have served a true and correct copy of this, _Plaintiff's Notice of Appeal,_ upon its General Counsel, at the email or address listed below, on or about the 28th day of July, 2025.

Peter Berquist
General Counsel
Texas Workforce Commission
101 East 15th Street, Suite 608
peter.berquist@oag.texas.gov
Austin, Texas 78778
(512) 478-4013

_Keith Shannon_

KEITH SHANNON: Plaintiff Pro Se